# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

                v.                      Crim. No. 2:10-CR-58-1BR

**CURTIS JUWAN WHITEHURST**

      On September 27, 2013, the above named was released from prison and commenced a term of supervised release for a period of 5 years. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield                    /s/ Tuell Waters  
Dwayne K. Benfield                        Tuell Waters  
Supervising U.S. Probation Officer        U.S. Probation Officer  
                                                         201 South Evans Street, Rm 214  
                                                         Greenville, NC 27858-1137  
                                                         Phone: 252-830-2344  
                                                         Executed On: January 10, 2018

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this   16   day of   January  , 2018.

                                                         W. Earl Britt  
                                                         Senior U.S. District Judge